[No. 32646-9-II.  Division Two.  April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH RAYMOND DAVID VALLEJO, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01852-3, Robert L. Harris, J., entered December 16, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[Nos. 33058-0-II; 33169-1-II.  Division Two.  April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY HERRERA-MONTEALGRE ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Lewis County, Nos. 04-1-00781-4 and 04-1-00782-2, Nelson E. Hunt, J., entered February 22 and March 28, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 33129-2-II.  Division Two.  April 18, 2006.]

*In the Matter of the Marriage of* RENE GERHARD GARRETT, *Respondent,* and SONIA MARIE GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-3-00089-8, John F. Nichols, J., entered March 3, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 22953-0-III.  Division Three.  April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY JOE WOLFE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03879-3, Neal Q. Rielly, J., entered April 23, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kato, JJ.